```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERTO PEREZ,

                         **Plaintiff,**                      22-CV-10191 (JHR)(SN)

    -against-                                           **ORDER**

HARLEM 421 FOOD CORP., et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     The parties are directed to file a letter on the status of mediation by June 30, 2023. The letter should propose either a date to file a settlement agreement for Court approval or a discovery schedule.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 16, 2023
                  New York, New York