**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

ROBERTO PEREZ,

                             **Plaintiff,**

           **-against-**

HARLEM 421 FOOD CORP., et al.,

                          **Defendants.**

-------------------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _7/18/2023_ |

**22-CV-10191 (JHR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are directed to file a letter updating the Court on the status of settlement by

July 24, 2023. The letter should propose either a date to file a settlement agreement for Court

approval or a discovery schedule.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 18, 2023
             New York, New York