UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERTO PEREZ,

                     **Plaintiff,**

     -against-

**HARLEM 421 FOOD CORP., et al.,**

                     **Defendants.**

------------------------------------------------------------X

22-CV-10191 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2023

**SARAH NETBURN, United States Magistrate Judge:**

      The Court previously ordered the parties to submit a proposed settlement agreement and a joint letter explaining the basis for the agreement by November 13, 2023. To date, no such settlement agreement or letter has been filed. The parties are ordered to file those materials by November 20, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   November 15, 2023
               New York, New York