UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERTO PEREZ,

                     **Plaintiff,**

     -against-

**HARLEM 421 FOOD CORP., et al.,**

                     **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2023

**22-CV-10191 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     In this Fair Labor Standards Act case, the parties participated in mediation on September 29, 2023, and reached an agreement in principle. On November 21, 2023, the parties submitted a proposed settlement agreement for the Court's review pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015). ECF No. 59. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 45.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     November 22, 2023
               New York, New York